Vanessa W. Whang, State Bar No. 184606
Robin E. Weideman, State Bar No. 197595
CARLTON DiSANTE & FREUDENBERGER LLP
8950 Cal Center Drive
Suite 160
Sacramento, California 95826
Telephone: (916) 361-0991
Facsimile: (916) 361-1480
E-Mail: vwhang@cdflaborlaw.com
        rweideman@cdflaborlaw.com

Attorneys for Defendant
THE WACKENHUT CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE WEST,<br><br>    Plaintiff,<br><br>v.<br><br>THE WACKENHUT CORPORATION, and DOES 1 through 50, inclusive,<br><br>    Defendant. | No. Civ. S-07-1483 EFB<br><br>**STIPULATION REGARDING DISCOVERY**<br><br>Action Filed: May 16, 2007<br>Trial Date: TBA |

272803.1

1.

No. Civ. S-07-1483 EFB
STIPULATION RE DISCOVERY

WHEREAS, defense counsel Vanessa W. Whang, who will be trial counsel in this case, is taking a family medical leave of absence for approximately 3-4 weeks commencing on August 22, 2007;

THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The parties hereby stipulate, pursuant to FRCP 26, that initial disclosures should be simultaneously exchanged on October 16, 2007.

Dated: August 21, 2007          CARLTON DiSANTE & FREUDENBERGER LLP

By: /s/ Vanessa Whang
Vanessa W Whang
Attorneys for Defendant
THE WACKENHUT CORPORATION

Dated: August 21, 2007          LAW OFFICES OF ROBERT BOWMAN, JR.

By: /s/ Robert C. Bowman
Robert Bowman
Attorneys for Plaintiff
MICHELLE WEST

**IT IS SO ORDERED**

Dated: August 27, 2007          By: /s/ Edmund F. Brennan
MAGISTRATE BRENNAN