1  Vanessa W. Whang, State Bar No. 184606
   CARLTON DiSANTE & FREUDENBERGER LLP
2  8950 Cal Center Drive
   Suite 160
3  Sacramento, California 95826
   Telephone: (916) 361-0991
4  Facsimile: (916) 361-1480
   E-Mail: vwhang@cdflaborlaw.com
5
   Attorneys for Defendant
6  THE WACKENHUT CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | MICHELLE WEST,                     )  No. Civ. S-07-1483 EFB
                                        )
12 |         Plaintiff,                 )  **STIPULATION OF DISMISSAL**
             v.                         )
13 |                                    )  Action Filed: May 15, 2007
   | THE WACKENHUT CORPORATION, and     )
14 | DOES 1 through 50, inclusive,      )
                                        )
15 |         Defendant.                 )
                                        )

276589.1

No. Civ. S-07-1483 EFB
STIPULATION OF DISMISSAL

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41 (a) (1).

4  Dated: October 22, 2007         CARLTON DiSANTE & FREUDENBERGER LLP

6                                  By: /s/ Vanessa Whang
7                                      Vanessa W. Whang
                                    Attorneys for Defendant
8                                   THE WACKENHUT CORPORATION

10 Dated: October 20, 2007         LAW OFFICES OF ROBERT C. BOWMAN, JR.

12                                 By: /s/ Robert C. Bowman
13                                     Robert C. Bowman
                                   Attorney for Plaintiff
14                                 MICHELLE WEST

16 **IT IS SO ORDERED**
           November 13, 2007.
17 Dated: ~~October~~ ____, ~~2007~~   By: /s/ Edmund F. Brennan
                                   EDMUND F. BRENNAN
18                                 UNITED STATES MAGISTRATE JUDGE

---

CARLTON DiSANTE &
FREUDENBERGER LLP
276589.1

1                               No. Civ. S-07-1483 EFB
                                STIPULATION OF DISMISSAL